# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEREMY LIN, individually and on behalf of all others similarly situated,<br><br>                             Plaintiff,<br>v.<br><br>CIVITAS RESOURCES, INC., M. CHRISTOPHER DOYLE, and MARIANELLA FOSCHI,<br><br>                             Defendants. | Case No. 2:25-cv-03791-ES-JRA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Shawn Maroney hereby voluntarily dismisses the above-captioned action without prejudice, with each party bearing its own attorney's fees and costs. This dismissal is being filed prior to any answer or dispositive motion being filed. No compensation in any form has passed directly or indirectly from any of the Defendants to Lead Plaintiff or counsel for Lead Plaintiff.

Dated: October 27, 2025

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton (330152020)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Counsel for Lead Plaintiff Shawn Maroney and*
*Lead Counsel for the Class*